UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>3240 MATHER FIELD, LLC,<br><br>　　　　　Defendants. | No. 2:17-cv-00323-KJM-CKD<br><br><br>ORDER |

　　　　　On July 2, 2018, the court determined this case had settled based on counsel's notice of removal from the Voluntary Dispute Resolution Program. ECF Nos. 18-19. The court ordered the parties to file dispositional documents no later than July 23, 2018. ECF No. 19. To date, the parties have not complied with the court's order, nor have they provided any explanation for their noncompliance. Accordingly, the parties are ORDERED to show cause within fourteen (14) days why counsel should not each be sanctioned $250.00 for failing to comply with this court's order and why this action should not be dismissed.

　　　　　IT IS SO ORDERED.

Dated: August 8, 2018.

_____
UNITED STATES DISTRICT JUDGE

1